The FORT BELKNAP INDIAN COMMU-NITY OF the FORT BELKNAP INDIAN RESERVATION, Plaintiff–Appellant,

v.

STATE OF MONTANA, Robert L. Robinson, individually and as Administrator, Gambling Control Division, Department of Justice, State of Montana; Stan Stephens, individually and as Governor, State of Montana; Marc Racicot, individually and as Attorney General, State of Montana, Defendants–Appellees.

No. 94–35126.

United States Court of Appeals, Ninth Circuit.

June 7, 1996.

James L. Vogel, Hardin, Montana, for plaintiff-appellant.

Joseph P. Mazurek, Attorney General, and Deanne L. Sandholm, Assistant Attorney General, Helena, Montana, for defendants-appellees.

Before: BEEZER and FERNANDEZ, Circuit Judges, and ORRICK, Senior District Judge.*

### ORDER

The judgment of this court, 39 F.3d 1186 (Table), is vacated. For the reasons stated by the Supreme Court in *Seminole Tribe of Florida v. Florida,* —— U.S. ——, 116 S.Ct. 1114, 134 L.Ed.2d 252 (1996), we affirm the judgment of the district court.

AFFIRMED.